

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00460-CV

Chad **THOMPSON,**
Appellant

v.

**CITY OF WACO**, Texas and Fire Chief John D. Johnston,
Appellees

From the 414th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-3519-5
Honorable Vicki Lynn Menard, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Chad Thompson.

SIGNED May 30, 2014.

_____
Patricia O. Alvarez, Justice